■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DONALD ROY HARE, Appellant.— Application for permission to proceed as a poor person upon appeal from judgment rendered in County Court of Chenango County on May 9, 1966, denied, and purported appeal dismissed, on the ground that

notice of appeal was not timely served or filed, without prejudice to the institution of a *coram nobis* proceeding in County Court to determine the question whether defendant was prevented from filing timely notice of appeal (*People* v. *Stewart*, 26 A D 2d 842). Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur.